IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FANXIN ZENG,<br><br>    Plaintiff,<br><br>  vs.<br><br>TOP APPLICANT, INC. d/b/a ELEVATE, ELEVATE HIRE, and TOP APPLICANT, a corporation, and LEIF TECHNOLOGIES, INC., a corporation,<br><br>    Defendants. | Case No.  2:22-cv-00052<br><br>DEFENDANT LEIF TECHNOLOGIES, INC.'S CORPORATE DISCLOSURE STATEMENT |

DEFENDANT LEIF TECHNOLOGIES, INC.'S
CORPORATE DISCLOSURE STATEMENT
(CASE NO. 2:22-cv-00052)

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200   FAX, (206) 407-2278

Pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 7.1, Defendant Leif Technologies, Inc. discloses that it has no parent corporation, and no publicly held corporations own 10% or more of its stock.

DATED this 20th day of January, 2022.

**CALFO EAKES LLP**

By: *s/ Harold Malkin*
Harold Malkin, WSBA #30986
Andrew DeCarlow, WSBA #54471
Per D. Jansen, WSBA #49966
1301 Second Avenue, Suite 2800
Seattle, WA 98101
(206) 407-2200 | Phone
Email:   haroldm@calfoeakes.com
Email:   andrewd@calfoeakes.com
Email:   perj@calfoeakes.com

*Attorneys for Leif Technologies, Inc.*

DEFENDANT LEIF TECHNOLOGIES, INC.'S
CORPORATE DISCLOSURE STATEMENT
(CASE NO. 2:22-cv-00052) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200   FAX, (206) 407-2278